IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JARED N. JOHNSON,

        Plaintiff,

v.                                                                           Civil Action No. 3:14-cv-00337-JAG

NORTHLAND GROUP, INC.,

        Defendant.

## ORDER

This matter comes before the Court on the plaintiff's Motion to Strike Affirmative Defenses. (Dk. No. 5.) The Court DENIES the motion. The affirmative defenses at issue satisfy the *Twombly* and *Iqbal* standard. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007); *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

The defendant is hereby ORDERED to file a brief detailing the factual basis for each asserted affirmative defense on or before June 23, 2014. If the defendant is unable to provide a valid factual basis for each affirmative defense at that time, the Court will reconsider the plaintiff's motion to strike and consider appropriate sanctions.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: June 12, 2014
Richmond, VA

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge